JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

HAROLD KESSEE,

    Petitioner,

v.

KATHY MENDOZA-POWERS, Warden,

    Respondent.

Case No. CV 06-3740-PSG (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: August 13, 2009

Philip S. Gutierrez
United States District Judge